AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dunn, Randall L. | U.S. Bankruptcy Court, OR | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1001 S.W. 5th Av., #700
Portland, OR 97204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Immediate Past President | National Conference of Bankruptcy Judges |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 02/19/2011 - 02/22/2011 | Tampa, FL | NCBJ - Annual Meeting Planning | Privately funded by: National Conference of Bankruptcy Judges - 4 days |
| 2. | San Diego Bankruptcy Forum | 03/15/2011 - 03/16/2011 | San Diego, CA | Non-FJC educational seminar or program | Privately funded by: San Diego Bankruptcy Forum - 1 day |
| 3. | National Conference of Bankruptcy Judges | 04/03/2011 - 04/05/2011 | Palm Desert, CA | NCBJ Mid-Year Meeting - activity of professional association or civic association | Privately funded by: National Conference of Bankruptcy Judges - 3 days |
| 4. | California Bankruptcy Forum | 05/20/2011 - 05/22/2011 | Squaw Valley, CA | Non-FJC educational seminar or program | Privately funded by: California Bankruptcy Forum - 3 days |

| | | | | | |
| --- | --- | --- | --- | --- |
| 5. | NCBJ | 07/19/2011 - 07/22/2011 | Atlanta, GA | FMJA Annual Conference - activity of professional association or civic organization | Privately funded by: National Conference of Bankruptcy Judges - 4 days |
| 6. | American Bankruptcy Institute | 09/08/2011 - 09/10/2011 | Las Vegas, NV | Non-FJC educational seminar or program | Privately funded by: American Bankruptcy Institute - 2 days |
| 7. | National Conference of Bankruptcy Judges | 10/08/2011 - 10/16/2011 | Tampa, FL | NCBJ Annual Conference - activity of professional association or civic association | Privately funded by: National Conference of Bankruptcy Judges - 8 days |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM (IRA) | A | Dividend | J | T | | | | | |
| 2. GAIAM | | None | J | T | | | | | |
| 3. Schwab Money Market | A | Dividend | J | T | | | | | |
| 4. Schwab Money Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 5. First Eagle Overseas Fund, fka Sogen Overseas Fund (IRA) | A | Dividend | J | T | | | | | |
| 6. JDS Uniphase (IRA) | | None | | | Sold | 01/10/11 | J | A | |
| 7. Euro Pacific Growth Fund (IRA) GFAFX | A | Dividend | J | T | | | | | |
| 8. First Solar | | None | | | Sold | 09/01/11 | J | A | |
| 9. Biosolar, Inc. | | None | J | T | | | | | |
| 10. Emerson Electric (IRA) | A | Dividend | J | T | Sold (part) | 04/11/11 | J | A | |
| 11. Tetra Tech, Inc. (IRA) | | None | J | T | Sold (part) | 11/29/11 | J | A | |
| 12. Lazard Emerging Markets Fund (IRA) | A | Dividend | | | Sold | 11/07/11 | J | A | |
| 13. Pimco Total Return Inst. (IRA) | A | Dividend | J | T | | | | | |
| 14. Longleaf Partners Fund (IRA) | A | Dividend | K | T | | | | | |
| 15. I Shares TR Russell 1000 (IRA) | B | Dividend | K | T | | | | | |
| 16. Spider Gold Trust (IRA) | | None | J | T | Sold (part) | 08/09/11 | J | A | |
| 17. Skyworks Solutions | | None | | | Sold | 03/17/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Core Bond (IRA) | A | Interest | J | T | | | | | |
| 19. Schwab Fundamental U.S. - Large (IRA) | A | Dividend | J | T | Sold (part) | 01/21/11 | J | A | |
| 20. Schwab Fundamental U.S. - Small (IRA) | A | Dividend | J | T | Sold (part) | 01/21/11 | J | A | |
| 21. I Shares Russell 1000 Val (IRA) | A | Dividend | K | T | | | | | |
| 22. I Shares MSCIEMU (IRA) | A | Dividend | J | T | Sold (part) | 10/03/11 | K | C | |
| 23. Apple (IRA) | | None | | | Sold | 01/10/11 | J | A | |
| 24. Consolidated Edison (IRA) | A | Dividend | J | T | | | | | |
| 25. Diana Shipping (IRA) | | None | | | Sold | 05/25/11 | J | A | |
| 26. Home Depot | A | Dividend | | | Sold | 11/23/11 | J | A | |
| 27. Spider Gold Trust | | None | J | T | Sold (part) | 08/04/11 | J | A | |
| 28. Wells Fargo (Savings Account) | A | Interest | J | T | | | | | |
| 29. Honeywell | A | Dividend | J | T | Sold (part) | 04/01/11 | J | A | |
| 30. Honeywell | A | Dividend | J | T | Buy | 08/30/11 | J | | |
| 31. Cree | | None | | | Sold | 04/20/11 | J | A | |
| 32. Bristol Myers (IRA) | A | Dividend | | | Sold | 01/22/11 | J | A | |
| 33. Boeing (IRA) | A | Dividend | J | T | Buy | 04/01/11 | J | | |
| 34. Diana Container Ship-DCIX (IRA) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Airgas- ARG (IRA) | | None | | | Sold | 06/27/11 | J | A | |
| 36. Verizon-VZ (IRA) | A | Dividend | J | T | Buy | 02/02/11 | J | | |
| 37. Ivy Asset Strategy (IRA) | A | Dividend | | | Sold | 01/05/11 | J | A | |
| 38. Pimco Foreign Bond-PFORX (IRA) | A | Dividend | K | T | | | | | |
| 39. Pimco High Yield-PHIYX (IRA) | A | Dividend | K | T | | | | | |
| 40. Leuthold Asset Allocation-LAAIX (IRA) | A | Dividend | | | Sold | 07/11/11 | J | A | |
| 41. Schwab Funda. Emer - SFENX (IRA) | A | Dividend | J | T | Sold (part) | 01/21/11 | J | A | |
| 42. Schwab Funda. Int'l - SFNNX (IRA) | A | Dividend | J | T | Sold (part) | 01/21/11 | J | A | |
| 43. Schwab Funda. Int'l - SFILX (IRA) | A | Dividend | J | T | | | | | |
| 44. I Shares MSCI-Japan - EWJ (IRA) | A | Dividend | J | T | | | | | |
| 45. I Shares Barclays - AGG (IRA) | A | Dividend | K | T | | | | | |
| 46. I Shares Russell 2000 - IWN (IRA) | A | Dividend | K | T | | | | | |
| 47. Apple | | None | J | T | Buy | 04/01/11 | J | | |
| 48. Caterpillar | A | Dividend | J | T | Buy | 03/24/11 | J | | |
| 49. EOG | | None | J | T | Buy | 11/21/11 | J | | |
| 50. NUE | A | Dividend | J | T | Buy | 03/18/11 | J | | |
| 51. BK-BARODA-NY CD (IRA) | A | Interest | J | T | Buy | 07/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CLNE (IRA) | | None | J | T | Buy | 07/13/11 | J | | |
| 53. CY (IRA) | A | Dividend | J | T | Buy | 12/15/11 | J | | |
| 54. HAIN (IRA) | | None | J | T | Buy | 06/20/11 | J | | |
| 55. WY (IRA) | A | Dividend | J | T | Buy | 04/08/11 | J | | |
| 56. SPDR Engy Select (IRA) | A | Dividend | J | T | Buy | 06/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randall L. Dunn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544